UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOR W ROHR AND KARIN HERNANDEZ ROHR** | § § § | Docket No. 2:23-cv-03268 |
| | § | Judge: BARRY W ASHE |
| **Versus** | § § | |
| | § | |
| | § | Magistrate Judge: DONNA PHILLIPS |
| **ALLSTATE INSURANCE COMPANY** | § | CURRAULT |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

The Plaintiffs, THOR W ROHR AND KARIN HERNANDEZ ROHR, went through appraisal where the Defendant, ALLSTATE INSURANCE COMPANY, disbursed a sum equal to the appraisal amount. Undersigned counsel informed the Plaintiffs there is nothing more they can receive in this claim that is in dispute here.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**